# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **SEAN CARTER,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2241** |
| v. | Case No.: 3:07-cv-00629-bbc |
| **C. HOLINKA, Warden,** <br> **Federal Correctional** <br> **Institution, Oxford, Wisconsin,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

12/20/07
_____
Date